FRANZ F. LYON, Appellant, *v.* SOCONY-VACUUM OIL COMPANY, INC., Respondent.

Argued November 20, 1944; decided December 30, 1944.

*Benjamin H. Siff* and *Chester E. Barrett* for appellant.
*John W. Knox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.